CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

APR 14 2016

JULIA C. DUDLEY, CLERK
BY: /s/ J. Clark
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Residence attached to E-911 Address:
20018 Pairgin Road, Bristol, Virginia, 24202

Case No. 1:16mj52

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The property, structure, and curtilage attached to E-911 address 20018 Pairgin Road, Bristol, VA. 24202 - Photographs attached in Attachment "A."

located in the _____Western_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:

The person of Larry David Ball, a person wanted by the U.S. District Court, Eastern District of Tennessee for Supervised Release Violation. Identifiers and Photograph in Attachment "B."

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☐ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 3583(c)(3) | Violations of the terms and conditions of Supervised Release |

The application is based on these facts:
See Attachment "C."

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Matthew S. Davis, SDUSM
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/14/16

_____
Judge's signature

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
Printed name and title

Attachment "A"





Attachment "B"

Name : BALL,LARRY DAVID
FID# : 1453795
USMS#: 13309084
Case Status : Active  Subject is in NCIC
Prisoner Status: Historical

## Alias List

| Seq. # | Alias |
|---|---|
| 1 | BALL,LARRY DAVID |
| 2 | BALL,LARRY DAVID |

## DOB List

| Seq. # | Date of Birth | Place of Birth | NCIC Valid? |
|---|---|---|---|
| 1 |  | TN - Tennessee | No |
| 2 | 10/22/1968 | TN - Tennessee | Yes |
| 3 | 10/22/1968 |  | Yes |

## Social Security Number List

| Seq. # | Social Security Number |
|---|---|
| 1 | 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 |

## FBI Number/UCN List

| Seq. # | FBI Number/UCN |
|---|---|
| 1 | 42370WA4 |

## Subject Description List

| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex | NCIC Valid? |
|---|---|---|---|---|---|---|---|---|
| 1 | HAZ | BRO | 5'10" | 220 |  | W | M | Yes |
| 2 | XXX | XXX |  |  |  | U | M | No |
| 3 |  |  |  |  |  | U | X | No |

Descriptive Remarks : Tattoo: ON CHEST BOTH SIDES, LEFT ARM

| Seq. # | Eyes | Hair | Height | Weight | Skin | Race | Sex | NCIC Valid? |
|---|---|---|---|---|---|---|---|---|
| 4 |  |  |  |  |  |  | M | No |

## Picture/Image List

| Seq. # | District | Remark |
|---|---|---|
| 3 | B84 |  |
| 2 | B84 |  |
| 1 | B84 |  |

## USMS Number List (from PTS/PPMS)

| Seq. # | USMS Number |
|---|---|
| 1 | 13309-084 |

## Subject Address List

| Seq. # | Address | Start Date | End Date |
|---|---|---|---|
| 1 | 104 REDWOOD RD, BRISTOL, TN |  |  |
| 2 | 24045 MILLER HILL RD, BRISTOL, VA 24201 |  |  |
| 3 | 104 REDWOOD ROAD, BRISTOL, TN 24201 |  |  |



Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Larry David Ball

Docket No. 2:13CR05009-001

TO: ¹Any United States Marshal or any other authorized officer.

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court.

| NAME OF SUBJECT Larry David Ball | | SEX Male | RACE White Non Hispanic | AGE 47 |
|---|---|---|---|---|
| ADDRESS(STREET, CITY, STATE) 104 Redwood Rd. Bristol, TN 37620 | | | | |
| SENTENCE IMPOSED BY (NAME OF COURT) Eastern District of Tennessee | | | | |
| CLERK Debra C. Poplin | (BY) DEPUTY CLERK B. Paxton | | DATE 3-1-16 | |

### RETURN

| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

1674-0302-1243-D

Attachment "C"

Attachment "C"

Affidavit for Search Warrant

Re: 20018 Pairgin Road, Bristol, VA, 24202

Affiant hereby swears and deposes the following:

Affiant is a Supervisory Deputy U.S. Marshal, and may therefore apply for a Search Warrant pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

On April 13, 2016, the affiant received a copy of a report of investigation from Detective Scott Clear, Washington County Sheriff's Office. The report noted the following:

> On April 13, 2016, Detective Noah Horn and Detective Scott Clear, of the Washington County Sheriff's Office, traveled to 20018 Pairgin Road, Bristol, Virginia, 24202, to attempt to knock and talk to occupants of the aforementioned address based upon a citizen complaint of suspected narcotics activity occurring at the residence. No person answered the door and the same investigative party traveled to the immediate neighbor's house, being that of Mr. Richard Spiva, 19681 Pairgin Road, Bristol, Virginia, 24202. The Detectives conducted an interview with Mr. Spiva, who advised them that he believed the occupants to be Crystal Cresong and Larry David Ball, who he further advised he believed was on federal probation. Mr. Spiva further advised that he is familiar with Mr. Ball and that his step-daughter used to date Larry David Ball. Mr. Spiva further advised that he believed narcotics activities or problems were occurring at the residence noted. He noted that the occupants had been residing at said residence for approximately 6 months.

Based upon the same, the affiant spoke with Detective Clear on April 13, 2016, who advised that Mr. Spiva had further told him that the occupants of the aforementioned residence come and go in a Tennessee tagged vehicle and if the vehicle was parked in the driveway, then the occupants were home.

The affiant the contacted Deputy U.S. Marshal Jason Tarwater, Eastern District of Tennessee, who confirmed that Larry David Ball was on federal supervision and that an outstanding arrest warrant for violations of the same was filed in the Eastern District of Tennessee and awaiting apprehension and execution. The warrant for arrest has been included

in Attachment "B" of this application for search warrant, and includes information concerning fugitive Ball.

Based upon the aforementioned, the affiant believes probable cause exists to search the residence of 20018 Pairgin Road, Bristol, Virginia, 24202, for the person of Larry David Ball, a federal fugitive from justice.

_____  
Matthew S. Davis, SDUSM

4-14-2016  
Date

_____  
U.S. Magistrate Judge

4-14-2016  
Date